**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| K.R., a Minor, by and through SHREZE JOHNSON, as Parent and Next Friend; and SHREZE JOHNSON, Individually;  Plaintiffs,  v.  UNITED STATES OF AMERICA;  Defendant. | Case No. 1:19-cv-01047 |

**DISCOVERY PLAN**

Counsel for the Plaintiffs, K.R., a Minor, by and through Shreze Johnson, as Parent and Next Friend; and Shreze Johnson, Individually, and counsel for Defendant, United States of America, having met by telephone conference on July 29, 2019, for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): 8/30/19
2. Amendment of the pleadings: 9/27/19
3. Joining additional parties: 9/27/19
4. Close of fact discovery: 4/15/2020
5. Disclosure of Plaintiffs' experts: 5/15/2020
6. Disclosure of Plaintiffs' expert reports: 5/22/2020
7. Plaintiffs' experts deposed by: 6/30/2020
8. Disclosure of Defendant's experts: 7/15/2020
9. Disclosure of Defendant's expert reports: 7/22/2020

10. Defendant's experts deposed by: 9/11/2020

11. Completion of all discovery: 10/30/2020

12. Dispositive motions: 12/9/2020

| Attorneys for Plaintiff: | Attorney for Defendant: |
|---|---|
| Matthew L. Williams | Kimberly Klein |
| Eirene N. Salvi | U.S. ATTORNEY'S OFFICE |
| SALVI, SCHOSTOK & PRITCHARD P.C. | 211 Fulton Street |
| 161 N. Clark Street, 47th Floor | Peoria, IL 61602 |
| Chicago, IL 60601 | 309-671-7050 |
| 312-372-1227 | |