E-FILED
Monday, 03 August, 2020  05:24:04 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| K.R., a Minor, by and through | ) | |
| SHREZE JOHNSON, as Parent and Next Friend; | ) | |
| and SHREZE JOHNSON, Individually; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:19-cv-01047 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| OSF HEALTHCARE SYSTEM, an Illinois | ) | |
| Corporation d/b/a SAINT FRANCIS MEDICAL | ) | |
| CENTER; BRADLEY NITZSCHE, M.D.; | ) | |
| MICHAEL LEONARDI, M.D.; DOUGLAS C. | ) | |
| HARRINGTON, M.D., S.C., an Illinois | ) | |
| Corporation; DOUGLAS C. HARRINGTON, M.D.;) | | |
| ILLINOIS HOSPITAL MEDICINE ASSOCIATES,) | | |
| P.C., an Illinois Corporation; ANTHONY J. | ) | |
| CARUSO, M.D.; OSF MULTI-SPECIALTY | ) | |
| GROUP, an Illinois Corporation; SHELLY | ) | |
| SHALLAT, M.D.; and SUSAN RAMIRO, M.D.; | ) | |
| | ) | |
| Defendants. | ) | |

## DISCOVERY PLAN

Counsel for the Plaintiffs, K.R., a Minor, by and through Shreze Johnson, as Parent and Next Friend; and Shreze Johnson, Individually; and counsel for Defendants, United States of America; OSF Healthcare System, an Illinois Corporation d/b/a Saint Francis Medical Center; Bradley Nitzsche, M.D.; Michael Leonardi, M.D.; Douglas C. Harrington, M.D., S.C., an Illinois Corporation; Douglas C. Harrington, M.D.; Illinois Hospital Medicine Associates, P.C., an Illinois Corporation; Anthony J. Caruso, M.D.; OSF Multi-Specialty Group, an Illinois Corporation; and Shelley Shallat, M.D., having met by telephone conference on July 29, 2020 for the purpose of formulating a proposed discovery schedule for consideration by the Court; and Counsel for Defendant Susan Ramiro, M.D., who filed an appearance in this matter on July 30, 2020, having

reviewed and agreed to the proposed discovery schedule on July 31, 2020; the remaining parties

hereby submit the following agreed deadlines for the Court's consideration:

1.  Submission of Agreed HIPAA Orders: 8/14/2020

2.  Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): 9/10/2020

3.  Amendment of the pleadings: 11/9/2020

4.  Joining additional parties: 11/9/2020

5.  Responses to written discovery: 11/16/2020

6.  Close of fact discovery: 11/12/2021

7.  Disclosure of Plaintiffs' experts: 12/13/2021

8.  Disclosure of Plaintiffs' expert reports: 12/20/2021

9.  Plaintiffs' experts deposed by: 3/1/2022

10. Disclosure of Defendants' experts: 5/2/2022

11. Disclosure of Defendants' expert reports: 5/9/2022

12. Defendant's experts deposed by: 7/29/2022

13. Completion of all discovery: 8/31/2022

14. Dispositive motions: 9/30/2022

| Attorneys for Plaintiff:<br>Matthew L. Williams<br>Eirene N. Salvi<br>SALVI, SCHOSTOK & PRITCHARD P.C.<br>161 N. Clark Street, 47th Floor<br>Chicago, IL 60601<br>312-372-1227 | Attorney for Defendant USA:<br>Kimberly Klein<br>U.S. ATTORNEY'S OFFICE<br>211 Fulton Street, Suite 400<br>Peoria, IL 61602<br>309-671-7050 |
|---|---|
| Attorneys for Defendants OSF Healthcare System, Dr. Bradley Nitzsche, Dr. Michael Leonardi, OSF Multi-Specialty Group, and Dr. Shelley Shallat:<br>Rhonda Ferrero-Patten<br>Kevin T. Abbott<br>Hinshaw & Culbertson LLP<br>416 Main Street, 6th Floor<br>Peoria, IL 61602<br>309-674-1025 | Attorneys for Defendants Dr. Anthony J. Caruso and Illinois Hospital Medicine Associates, P.C.:<br>Adrian Harless<br>Emily Perkins<br>Heyl, Royster, Voelker & Allen, P.C.<br>3731 Wabash Avenue<br>Springfield, IL 62711<br>217-522-8822 |

| Attorneys for Defendants Douglas C. Harrington M.D., S.C. and Dr. Douglas C. Harrington: | Attorneys for Defendant Dr. Susan B. Ramiro: |
|---|---|
| Peter W. Brandt | Sherri M. Arrigo |
| Jonathan J. Bobell | Katie B. Trucco |
| Livingston, Barger, Brandt & Schroeder, LLP | Donohue Brown Mathewson & Smyth, LLC |
| 115 W. Jefferson Street, Suite 400 | 140 S. Dearborn St., Suite 800 |
| Bloomington, IL  61701 | Chicago, IL  60603 |
| 309-828-5281 | 312-422-0900 |