E-FILED
Wednesday, 31 August, 2022  02:24:12 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| K.R., a Minor, by and through COMMERCE TRUST COMPANY, as Guardian of the Estate of K.R., and SHREZE JOHNSON, Individually; | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:19-cv-01047 |
| UNITED STATES OF AMERICA; OSF HEALTHCARE SYSTEM, an Illinois Corporation d/b/a SAINT FRANCIS MEDICAL CENTER; BRADLEY NITZSCHE, M.D.; MICHAEL LEONARDI, M.D.; DOUGLAS C. HARRINGTON, M.D., S.C., an Illinois Corporation; DOUGLAS C. HARRINGTON, M.D.; ILLINOIS HOSPITAL MEDICINE ASSOCIATES, P.C., an Illinois Corporation; ANTHONY J. CARUSO, M.D.; OSF MULTI-SPECIALTY GROUP, an Illinois Corporation; SHELLY SHALLAT, M.D.; SUSAN RAMIRO, M.D.; and AMY MEHL, R.N. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>**AGREED MOTION TO SET REMAINNG EXPERT DISCOVERY SCHEDULE**</u>

NOW COMES the Plaintiffs, K.R., a Minor, by and through COMMERCE TRUST COMPANY, as Guardian of the Estate of K.R., and SHREZE JOHNSON, Individually, by and through their attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and hereby move this Honorable Court for an Order to set remaining expert discovery schedule. In support of their Motion, the Plaintiffs state as follows:

1.    On October 31, 2017, Plaintiffs filed a multi-count complaint in the Circuit Court of Peoria County, Illinois, naming as Defendants OSF Healthcare System d/b/a Saint Francis Medical Center; Bradley Nitzsche, M.D.; Michael Leonardi, M.D.; Douglas C. Harrington, M.D.,

S.C., an Illinois Corporation; Douglas C. Harrington, M.D.; Best Care for Women, Inc. an Illinois Corporation (hereinafter "Heartland"); and Carolyn Calhoun, C.N.M. (hereinafter "Nurse Midwife Calhoun), alleging acts of medical negligence that resulted in a permanent and severe brain injury to the minor Plaintiff.  Subsequently, the Plaintiffs dismissed Best Care for Women Inc., and filed an Amended Complaint naming Illinois Hospital Medicine Associates, P.C. as a defendant. The allegations of medical negligence contained in these pleadings were based on the treatment of the Plaintiffs in the labor of Shreze Johnson and delivery of K.R. K.R. was delivered via vacuum assist delivery and suffered a subgaleal hemorrhage.

2.     Defendant Heartland and its agent and/or employee, Nurse Midwife Calhoun, were deemed employees of the United States of America, pursuant to 42 U.S.C. § 233. On April 26, 2018, Plaintiffs filed their administrative claim with the United States Department of Health and Human Services. On August 30, 2018, the Department of Health and Human Services denied the Plaintiffs' administrative claims.

3.     On February 15, 2019, the Plaintiffs filed suit in the United States District Court for the Central District of Illinois against the United States of America, pursuant to the Federal Tort Claims Act, for the acts and/or omissions of Heartland and Nurse Midwife Calhoun.

4.     By agreement between all parties, this motion is being filed to set a remaining expert witness discovery schedule.

5.     Pursuant to the schedule set by this Court, Plaintiffs disclosed seven experts in the different areas of medicine: gynecology, nurse midwifery, neonatology, pediatric neurology, physical medicine and rehabilitation, vocational rehabilitation, and billing on or about May 11, 2022.  Plaintiffs submitted their Fed. R. Civ. Pro 26(a)(2) disclosures on or about May 18, 2022.

6.      The only remaining expert deposition for Plaintiffs is Plaintiffs' billing expert, whose deposition is scheduled to be taken on September 6, 2022.

7.      With the Court's approval, the parties propose the following schedule:

a.  Defendants' Rule 26(a)(2) Disclosures and other relevant information are to be disclosed on or by October 28, 2022.

b.  Defendants' Rule 26(a)(2) Depositions are to be completed on or by December 31, 2022.

c.  If Plaintiffs seek leave to disclose rebuttal opinions and the Court grants leave, Plaintiffs are to disclose rebuttal witnesses and/or supplement their expert disclosures on or by January 31, 2023.

d.  If necessary, depositions of Plaintiffs' rebuttal witnesses are to be completed on or by February 28, 2023.

e.  The parties are to file dispositive motions by March 15, 2023.

10.     The Final Pre-trial Conference of June 15, 2023, at 2:00 p.m., and the Jury Trial of July 17, 2023, to remain as scheduled.

11.     The proposed dates are agreed upon by counsel for all parties.

WHEREFORE, Plaintiffs, K.R., a Minor, by and through COMMERCE TRUST COMPANY, as Guardian of the Estate of K.R., and SHREZE JOHNSON, Individually, by and through their attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., move this Honorable Court on behalf of all parties for an agreed, updated expert discovery schedule; and for any and all other relief the Court deems proper and just.

SALVI, SCHOSTOK & PRITCHARD P.C.

By: /s/ Matthew L. Williams
        One of the Attorneys for Plaintiffs

Matthew L. Williams (ARDC #6256858)
Eirene N. Salvi (ARDC #6321198)
John A. Mennie (ARDC # 6311221)
Salvi, Schostok & Pritchard P.C.
161 N. Clark Street, Suite 4700
Chicago, IL 60601
312.372.1227
mwilliams@salvilaw.com
esalvi@salvilaw.com
jmennie@salvilaw.com