IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| K.R., a Minor, by and through COMMERCE TRUST COMPANY, as Guardian of the Estate of K.R., and SHREZE JOHNSON, Individually; | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Law No.:   1:19-cv-01047 |
| UNITED STATES OF AMERICA; OSF HEALTHCARE SYSTEM, an Illinois Corporation d/b/a SAINT FRANCIS MEDICAL CENTER; BRADLEY NITZSCHE, M.D.; MICHAEL LEONARDI, M.D.; DOUGLAS C. HARRINGTON, M.D.; ILLINOIS HOSPITAL MEDICINE ASSOCIATES, P.C., an Illinois corporation; ANTHONY J. CARUSO, M.D.; OSF MULTI-SPECIALTY GROUP, an Illinois Corporation; SHELLY SHALLAT, M.D.; and SUSAN RAMIRO, M.D.; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## SUGGESTION OF DEATH

NOW COMES undersigned counsel and provides information to the Court suggesting the death of ANTHONY J. CARUSO, M.D.:

Counsel received notice that her client, Anthony J. Caruso, M.D., passed away on October 23, 2022.

                                                                   Respectfully submitted,
                                                                    BY:  ____/s/ Renee L. Monfort_____
                                                                    HEYL, ROYSTER, VOELKER & ALLEN, P.C.
                                                                    ARDC #6205777
                                                                    301 N. Neil Street, Suite 505
                                                                    Champaign, IL 61820
                                                                    Telephone  217.344.0060
                                                                    PRIMARY E-MAIL:  urbecf@heylroyster.com
                                                                    rmonfort@heylroyster.com
                                                                    sdalhaus@heylroyster.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 28, 2022, I electronically filed the foregoing Suggestion of Death with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Matthew L. Williams
Ms. Eirene N. Salvi
Mr. John Mennie
Salvi, Schostok & Pritchard, P.C.
161 N. Clark Street, Suite 4700
Chicago, IL 60601
mwilliams@salvilaw.com
adejesus@salvilaw.com
esalvi@salvilaw.com
skusar@salvilaw.com
jmennie@salvilaw.com
vking@salvilaw.com
*Counsel for plaintiffs*

Ms. Kimberly A. Klein
Mr. Joshua Grant
U.S. Attorney
Suite 400, One Technology Plaza
211 Fulton Street
Peoria, IL 61602
Kimberly.Klein@usdoj.gov
Nicole.bierma@usdoj.gov
Joshua.grant@usdoj.gov
Stacy.booth@usdoj.gov
*Counsel for United State of America*

Mr. Kevin T. Abbott
Ms. Rhonda J. Ferrero-Patten
Mr. Lucas B. Young
OSF Healthcare
Legal Services – 7th Floor
124 S.W. Adams Street
Peoria, IL 61602
Rhonda.J.Ferrero-Patten@osfhealthcare.org
Kevin.T.Abbott@osfhealthcare.org
Lucas.B.Young@osfhealthcare.org
Julie.A.Harbison@osfhealthcare.org
Carin.J.Bogner@osfhealthcare.org
*Counsel for OSF Healthcare System, an Illinois Corporation, d/b/a Saint Francis Medical Center, Bradley Nitzsche, M.D., Michael Leonardi, M.D. and Shelly Shallot, M.D., OSF Specialty Group*

Mr. Jonathan J. Bobell
Livingston, Barger, Brandt
  & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, IL 61701
jbobell@lbbs.com
lnovak@lbbs.com
bchiedo@lbbs.com
*Counsel for Douglas C. Harrington, M.D., S.C., an Illinois Corporation, Douglas C. Harrington, M.D.,*

Ms. Katherine Baker Trucco
Ms. Sherri M. Arrigo
Donohue Brown Mathewson & Smyth LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
trucco@dbmslaw.com
arrigo@dbmslaw.com
campillo@dbmslaw.com
*Counsel for Susan Ramiro, M.D.*

Ms. Kathy L. Swett
United States Attorney's Office
1830 2nd Avenue, Suite 250
Rock Island, IL 61201
Kathy.swett@usdoj.gov
*Counsel for United States of America*

                        Respectfully submitted,
                        BY: ___/s/ Renee L. Monfort____
                        HEYL, ROYSTER, VOELKER & ALLEN, P.C.
                        ARDC #6205777
                        301 N. Neil Street, Suite 505
                        Champaign, IL 61820
                        Telephone  217.344.0060
                        PRIMARY E-MAIL:  urbecf@heylroyster.com
                        rmonfort@heylroyster.com
ALS/jly                  sdalhaus@heylroyster.com
42246394_1