IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| K.R., a Minor, by and through SHREZE JOHNSON, as Parent and Next Friend; and SHREZE JOHNSON, Individually;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; OSF HEALTHCARE SYSTEM, an Illinois Corporation d/b/a SAINT FRANCIS MEDICAL CENTER; BRADLEY NITZSCHE, M.D.; MICHAEL LEONARDI, M.D.; DOUGLAS C. HARRINGTON, M.D., S.C., an Illinois Corporation; DOUGLAS C. HARRINGTON, M.D.; ILLINOIS HOSPITAL MEDICINE ASSOCIATES, P.C., an Illinois Corporation; ANTHONY J. CARUSO, M.D.; OSF MULTI-SPECIALTY GROUP, an Illinois Corporation; SHELLY SHALLAT, M.D.; and SUSAN RAMIRO, M.D.;<br><br>Defendants. | Case No. 1:19-cv-01047 |

**MOTION TO COMPEL IDENTITY OF REPRESENTATIVE
AND FOR SUBSTITUTION OF PARTY**

NOW COME the Plaintiffs, K.R., a Minor, by and through SHREZE JOHNSON, as Parent and Next Friend; and SHREZE JOHNSON, Individually; by and through their attorneys, SALVI, SCHOSTOK & PRITCHARD P.C., and in support of their Motion to Compel the Identity of the Representative of Dr. Anthony Caruso's Estate and for Substitution of Party, state as follows:

1.    This case arises out of alleged medical negligence by a nurse-midwife, obstetricians, pediatricians, residents, and a neonatologist in their care and treatment rendered to K.R. in March 2017.

2.    On October 23, 2022, one of the Defendants, Dr. Anthony Caruso, died.

1

3. On November 10, 2022, Plaintiffs' counsel was notified by Dr. Caruso's counsel that he had died.

4. On November 28, 2022, Dr. Caruso's counsel filed a Suggestion of Death with this Court. (Exhibit A – Suggestion of Death).

5. In that motion, counsel did not identify any representative of Dr. Caruso's Estate.

6. Since learning of Dr. Caruso's death, Plaintiffs' counsel has followed up numerous times to ascertain the identity of the deceased Defendant's Estate. This inquiry has not been answered.

7. Plaintiffs now move to compel counsel for Dr. Caruso to identify a Representative of the Estate of Anthony J. Caruso within seven (7) days of this Motion.

8. Plaintiffs further request leave of court to substitute Dr. Caruso with the Representative of the Estate of Anthony J. Caruso as a Defendant in this case.

9. Under Fed. R. Civ. Pro. 25, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Rule 25 requires that a motion for substitution be made within 90 days after service of a statement noting the death, or the action against the decedent must be dismissed. *Id.*

10. This Motion is timely brought within ninety (90) days of when the death was suggested.

WHEREFORE, the Plaintiffs respectfully request this Court enter an order granting their Motion to Compel the Identity of the Representative of Defendant, ANTHONY J. CARUSO, M.D.'s Estate and for Substitution of Defendant, ANTHONY J. CARUSO, M.D., with the Representative of his Estate, *instanter*, and for further relief this Court deems appropriate.

Respectfully submitted,

SALVI, SCHOSTOK & PRITCHARD P.C.

By: <u>/s/ Eirene N. Salvi</u>
    One of the Attorneys for the Plaintiffs

Matthew L. Williams (ARDC #6256858)
Eirene N. Salvi (ARDC #6321198)
John A. Mennie (ARDC # 6311221)
SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. Clark Street, Suite 4700
Chicago, IL 60601
Phone: 312.372.1227
Fax: 312.372.3720
mwilliams@salvilaw.com
esalvi@salvilaw.com
jmennie@salvilaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 9, 2023, I electronically filed the foregoing Motion to Compel Identity of Representative and for Substitution of Party with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kimberly Klein
Joshua Grant
U.S. Attorney's Office
211 Fulton St., Suite 400
Peoria, IL 61602
Kimberly.klein@usdoj.gov
Nicole.bierma@usdoj.gov
Joshua.grant@usdoj.gov
Stacy.booth@usdoj.gov
***Counsel for United States of America***

Kathy Swett
U.S. Attorney's Office
1830 2nd Avenue, Suite 250
Rock Island, IL 61201
Kathy.swett@usdoj.gov
***Counsel for United States of America***

Rhonda Ferrero-Patten
Kevin T. Abbott
Lucas B. Young
OSF Healthcare
Legal Services – 7th Floor
124 SW Adams Street
Peoria, IL 61602
Rhonda.J.Ferrero-Patten@osfhealthcare.org
Kevin.T.Abbott@osfhealthcare.org
Lucas.B.Young@osfhealthcare.org
Julie.A.Harbison@osfhealthcare.org
Carin.J.Bogner@osfhealthcare.org
***Counsel for OSF Healthcare System, Bradley Nitzsche, M.D., Michael Leonardi, M. D., Shelly Shallat, M.D., and OSF Multispecialty Group***

Renee L. Monfort
Mark R. Benfield
Alisha L. Sheehan
Heyl, Royster, Voelker & Allen, P.C.
3731 Wabash Avenue
Springfield, IL 62711
sprecf@heylroyster.com
urbecf@heylroyster.com
rmonfort@heylroyster.com
asheehan@heylroyster.com
mbenfield@heylroyster.com
nkidd@heylroyster.com
sdalhaus@heylroyster.com
***Counsel for Anthony Caruso, M.D. and Illinois Hospital Medicine Associates, P.C.***

Sherri M. Arrigo
Katie B. Trucco
Brian O'Kane
Donohue Brown Mathewson & Smyth, LLC
140 S. Dearborn St., Suite 800
Chicago, IL 60603
arrigo@dbmslaw.com
trucco@dbmslaw.com
service@dbmslaw.com
okane@dbmslaw.com
campillo@dbmslaw.com
***Counsel for Susan Ramiro, M.D.***

Jonathan J. Bobell
Peter Brandt
Rachel Brandt
Margaret Rhoades
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson Street, Suite 400
Bloomington, IL 61701
jbobell@lbbs.com
kosborne@lbbs.com
jkrautwurst@lbbs.com
lnovak@lbbs.com
jkrautwurst@lbbs.com
***Counsel for Douglas C. Harrington, MD, SC and Douglas C. Harrington, MD***

Respectfully submitted,

SALVI, SCHOSTOK & PRITCHARD P.C.

By: /s/ Eirene N. Salvi
      One of the Attorneys for the Plaintiffs

Matthew L. Williams (ARDC #6256858)
Eirene N. Salvi (ARDC #6321198)
John A. Mennie (ARDC # 6311221)
SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. Clark Street, Suite 4700
Chicago, IL 60601
Phone: 312.372.1227
Fax: 312.372.3720
mwilliams@salvilaw.com
esalvi@salvilaw.com
jmennie@salvilaw.com